UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 17 AM 9:41
CLERK US DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Leonardo ZUNIGA-Mora,<br><br>    Defendant. | Magistrate Case No. '08 MJ 2181<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After<br>Deportation (Felony) |

The undersigned complainant being duly sworn states:

On or about July 16, 2008, within the Southern District of California, defendant, **Leonardo ZUNIGA-Mora**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the San Ysidro Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **17th** DAY OF **July 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

**CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE**

## PROBABLE CAUSE STATEMENT

On July 16, 2008, at approximately 0930 hours, a male individual identified as **Leonardo ZUNIGA-Mora (Defendant),** applied for admission to United States from Mexico at the San Ysidro Port of Entry while driving a white Ford Tempo bearing Baja California license plates. Defendant presented as his own, a Mexican passport with a counterfeit biographical page bearing his photo and the name Jose Luis MACIEL Lopez to the primary U.S. Customs and Border Protection (CBP) Officer. The passport contained a photo substituted B1/B2 Machine Readable Visa (MRV) also bearing his photo and the name Jose Luis MACIEL Lopez. Defendant then gave two negative customs declarations. The CBP Officer suspected Defendant had presented fraudulent documents and escorted Defendant and the vehicle to secondary for further inspection.

In secondary, Defendant was queried by fingerprint and photograph through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS) which revealed Defendant's true identity. IDENT and IAFIS also linked Defendant to Immigration Service records and identified him as a previously deported alien.

Queries through the Central Index System (CIS) and the Deportable Alien Control System (DACS) confirmed Defendant to be a citizen of Mexico without legal documents or entitlements to enter the United States. DACS revealed Defendant was last ordered deported and removed by an Immigration Judge on or about May 22, 2003 and was physically removed from the United States through Calexico, California on the same date. Service records indicate no evidence that Defendant has applied for or received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re-enter the United States.

Defendant was advised of his Miranda rights and elected to answer questions without the benefit of counsel. Defendant admitted he is a citizen of Mexico without legal documents or entitlements to enter the United States. Defendant admitted he presented the counterfeit and altered documents to a CBP Officer with the intent of gaining entry into the United States. Defendant admitted to having been previously deported to Mexico by an Immigration Judge and admitted he was aware he required permission to legally enter the United States after having been deported. Defendant admitted to not receiving permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States. Defendant stated he was going to travel to Los Angeles, California to seek employment.